395 A.2d 1018

Martin's of Erie, Inc. v. Middletown Merchandise Mart, Inc., Appellant.

Submitted

492

March 13, 1978. William C. Kollas, for appellant; Archie V. Diveglia, for appellee.

Order and judgment affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.